Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Kimberley A. Hyson, Esq.
Nevada State Bar No. 11611
Marta D. Kurshumova, Esq.
Nevada State Bar No. 14728
**JONES LOVELOCK**
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 805-8450
Fax: (702) 805-8451
nlovelock@joneslovelock.com
khyson@joneslovelock.com
mkurshumova@joneslovelock.com

*Attorneys for Defendant Euphoria Wellness, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>EUPHORIA WELLNESS, LLC,<br><br>Defendant. | CASE NO.: 2:20-cv-01661-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Jacqueline Jackson, by and through her attorneys of record, Andrew J. Shamis, Esq. of SHAMIS & GENTILE, P.A. and Gustavo E. Ponce, Esq. of KAZEROUNI LAW GROUP, APC and Defendant Euphoria Wellness, LLC, by and through its attorneys of record, Nicole E. Lovelock, Esq. of JONES LOVELOCK, (collectively referred to as the "Parties") hereby stipulate and agree to the following:

    1. Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice;

/ / /

/ / /

/ / /

2. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear their own fees and costs.

DATED this 26th day of April 2021.

By: */s/ Andrew J. Shamis, Esq.*
Andrew J. Shamis, Esq.
(*Admitted Pro Hac Vice*)
Florida Bar No. 101754
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
-and-
Gustavo E. Ponce, Esq.
Nevada State Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

*Counsel for Plaintiff Jacqueline Jackson*

DATED this 26th day of April 2021.

**JONES LOVELOCK**

By: */s/ Nicole E. Lovelock, Esq.*
Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Kimberley A. Hyson, Esq.
Nevada State Bar No. 11611
Marta D. Kurshumova, Esq.
Nevada State Bar No. 14728
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113

*Attorneys for Defendant Euphoria Wellness, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

_____
DATE

2