Nicole E. Lovelock, Esq.
Nevada State Bar No. 11187
Kimberley A. Hyson, Esq.
Nevada State Bar No. 11611
Marta D. Kurshumova, Esq.
Nevada State Bar No. 14728
**JONES LOVELOCK**
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 805-8450
Fax: (702) 805-8451
nlovelock@joneslovelock.com
khyson@joneslovelock.com
mkurshumova@joneslovelock.com

*Attorneys for Defendant Euphoria Wellness, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EUPHORIA WELLNESS, LLC,<br><br>Defendant. | CASE NO.: 2:20-cv-01661-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Jacqueline Jackson, by and through her attorneys of record, Andrew J. Shamis, Esq. of SHAMIS & GENTILE, P.A. and Gustavo E. Ponce, Esq. of KAZEROUNI LAW GROUP, APC and Defendant Euphoria Wellness, LLC, by and through its attorneys of record, Nicole E. Lovelock, Esq. of JONES LOVELOCK, (collectively referred to as the "Parties") hereby stipulate and agree to the following:

1. Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice;

/ / /

/ / /

/ / /

2. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear their own fees and costs.

DATED this 26th day of April 2021.  DATED this 26th day of April 2021.

                                             **JONES LOVELOCK**

By: */s/ Andrew J. Shamis, Esq.*     By: */s/ Nicole E. Lovelock, Esq.*
    Andrew J. Shamis, Esq.               Nicole E. Lovelock, Esq.
    (*Admitted Pro Hac Vice*)            Nevada State Bar No. 11187
    Florida Bar No. 101754             Kimberley A. Hyson, Esq.
    **SHAMIS & GENTILE, P.A.**       Nevada State Bar No. 11611
    14 NE 1st Avenue, Suite 705       Marta D. Kurshumova, Esq.
    Miami, Florida 33132              Nevada State Bar No. 14728
    -and-                                    6675 S. Tenaya Way, Suite 200
    Gustavo E. Ponce, Esq.            Las Vegas, Nevada 89113
    Nevada State Bar No. 15084
    **KAZEROUNI LAW GROUP, APC**   *Attorneys for Defendant Euphoria Wellness, LLC*
    6069 S. Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148

*Counsel for Plaintiff Jacqueline Jackson*

                                             **ORDER**

IT IS SO ORDERED.

                                             UNITED STATES DISTRICT JUDGE

                                             April 29, 2021
                                             DATE